# ELECTRONIC RECORD

1276-14

COA # 14-12-00956-CR

OFFENSE: DWI

STYLE: Phillip Brandon Adkins v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: Co Crim Ct at Law No. 2

DATE: December 17, 2013    Publish: Yes

TC CASE #: 1766984

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Phillip Brandon Adkins v The State of Texas

1276-14

CCA # _____

_____APPELLANT'S_____ Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

___refused_____

DATE: _Dec. 17, 2014_____

JUDGE: _PC_____

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

---------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD